**Order entered July 15, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00475-CV

## IN RE ASPEN HEIGHTS CONSTRUCTION, LLC, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15745**

**ORDER**
Before Justices Schenck, Reichek, and Carlyle

Before the Court is relator's May 18, 2022 petition for writ of mandamus.

We request that real party in interest and respondent file a response, if any, to the

petition for writ of mandamus by **July 29, 2022**.[1]

/s/    DAVID J. SCHENCK
JUSTICE

---

[1] Justice Carlyle would deny the petition for writ of mandamus without requesting a response.